FILED
CLERK, U.S. DISTRICT COURT

JAN 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARYA SHAHMOHAMADIAN, | NO. CV 05-4837 (MAN) |
| Petitioner, | [Consolidated with Case No. CV 05-5744-TJH (MAN)] |
| v. | ORDER ADOPTING FINDINGS, |
| W.A. KANE, | CONCLUSIONS AND RECOMMENDATIONS |
| Respondent. | OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections had passed, and no Objections have been filed with the Court. The Court accepts and adopts the Magistrate Judge's Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

IT IS ORDERED that: (1) the Petition is DENIED; and (2) Judgment shall be entered dismissing Case No. CV 05-4837-TJH (MAN) and Case No. CV 05-5744-TJH (MAN) with prejudice.

1     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and
2 the Judgment herein on Petitioner and counsel for Respondent.

4     LET JUDGMENT BE ENTERED ACCORDINGLY.

6 DATED:    1/18/08   .

                                            TERRY J. HATTER, JR.
                                            UNITED STATES DISTRICT JUDGE