FILED
CLERK, U.S. DISTRICT COURT
JAN 22 2008
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARYA SHAHMOHAMADIAN, ) | NO. CV 05-4837-TJH (MAN) |
| ) | [Consolidated with Case No. |
| Petitioner, ) | CV 05-5744-TJH (MAN)] |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| W.A. KANE, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Case No. CV 05-4837-TJH (MAN) and Case No. CV 05-5744-TJH (MAN) are dismissed with prejudice.

DATED:  1/18/08  .

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE